UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUVAL OLIVIER MINKOWSKI, individually
and as trustee of the Minkowski Revocable Trust,
dated February 14, 2014

_____ ,

Plaintiff,

v.

BMO BANK N.A., a national banking association, and
DOVENMUEHLE MORTGAGE, INC. , a Delaware
Corporation

_____ ,

Defendant.

Case No. 5:25-cv-06119-NW _____

**MOTION TO SUBSTITUTE
LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) BMO BANK N.A. _____ , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

John C. Steele (SBN: 179875), STEELE LLP

Name(s) of counsel withdrawing from representation and firm name:

Mancy Pendergrass (SBN: 252705), BMO BANK N.A.

Date: May 14, 2026 _____

~~[PROPOSED]~~ ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: May 26, 2026 _____        _____
                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California